No. 11–8009/MC.   Frank D. Wuterich, Appellant v. David L. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and United States, Appellees.   CCA 200800183.   Appellee's motion to expedite the ruling is hereby denied as moot.